2011 R0 2414

# CR11  00846

EJD

HRL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

2011 NOV 17 A 9: 43

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA SAN JOSE

## *SAN JOSE DIVISION*

### THE UNITED STATES OF AMERICA

#### *vs.*

### ASHVIN DESAI

# INDICTMENT

| | |
|---|---|
| **COUNTS ONE - THREE:** | **26 U.S.C. § 7201 - Attempt to Evade or Defeat Tax** |
| **COUNTS FOUR and FIVE:** | **26 U.S.C. § 7206(2) – Aiding in Preparation of a False Tax Return** |
| **COUNTS SIX - EIGHT:** | **31 U.S.C. §§ 5314 & 5322 - Failure to File Report of Foreign Bank and Financial Accounts** |

*A true bill.*

*Mary Elizabeth Sladek*
*Foreperson*

*Filed in open court this* 16 *day of* Nov.

*A.D. 201*1

*United States Magistrate Judge*

*Bail. $* ___ Summons for Dec 8, 2011 at 9:30 A M

MELINDA HAAG (CABN 132612)
United States Attorney

FILED

2011 NOV 17  A 9: 43

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EJD

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR11 00846 HRL<br>) No.<br>) VIOLATIONS: 26 U.S.C. § 7201 - Attempt |
| Plaintiff, | ) to Evade or Defeat Tax; 26 U.S.C. § 7206(2) |
| v. | ) - Aiding in Preparation of a False Tax<br>) Return; 31 U.S.C. §§ 5314 & 5322 - Failure |
| ASHVIN DESAI, | ) to File Report of Foreign Bank and Financial<br>) Accounts |
| Defendant. | ) |
| | ) SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

Introduction

At all times relevant to this Indictment, unless otherwise indicated:

1.      ASHVIN DESAI, the defendant, was a United States citizen residing in San Jose, California, and was the 100% shareholder of Prosurg, Inc., a medical device company that developed and marketed medical products used to treat urological and gynecological disorders.

2.      United States citizens had an obligation to report to the IRS on the Schedule B of a U.S. Individual Income Tax Return, Form 1040, whether that individual had an interest in, or signature authority over, a financial account in a foreign country in a particular year by checking "Yes" or "No" in the appropriate box and identifying the country where the account was maintained.  United States citizens had an obligation to report all income earned from foreign

INDICTMENT

financial accounts on the tax return and to pay the taxes due on that income.

3.     United States citizens who had an interest in, or signature authority over, one or more financial accounts in a foreign country with an aggregate value of more than $10,000 at any time during a particular year were required to file with the Department of the Treasury a Report of Foreign Bank and Financial Accounts, Form TD F 90-22.1 (the "FBAR").  An FBAR identified, among other things, the name of the financial institution at which the account was held, the account number, and the maximum value of the account during the calendar year.  The FBAR for the applicable year was due by June 30 of the following year.

4.     The Hongkong and Shanghai Banking Corporation Limited was one of the largest international banks in the world and was headquartered in London, England.  It maintained over 9,800 offices in 77 countries and territories throughout the world, including in India ("HSBC India"), England ("HSBC England"), and Dubai ("HSBC Dubai").

5.     During calendar years 2007 through 2009, DESAI had an interest in, and signature or other authority over, bank accounts at HSBC India and HSBC England.

6.     For calendar years 2007 through 2009, DESAI filed individual income tax returns with the Internal Revenue Service, on which he failed to report interest income earned in his HSBC India accounts in the following approximate amounts:

| Year | Interest Income |
|------|-----------------|
| 2007 | $471,324 |
| 2008 | $378,101 |
| 2009 | $457,385 |

COUNT ONE: (26 U.S.C. § 7201 - Attempt to Evade or Defeat Tax)

7.     The allegations of paragraphs 1 through 6 are restated as if fully alleged herein.

8.     On or about April 12, 2008, in the Northern District of California, the defendant,

ASHVIN DESAI,

who during the calendar year 2007 was married, did willfully attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States of America for the calendar year 2007, by preparing and causing to be prepared, and by signing and causing to

INDICTMENT                                    2

1   be signed, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf

2   of himself and his wife, which was filed with the Internal Revenue Service.  In that false income

3   tax return, it was stated that their joint taxable income for the calendar year was $58,687.29 and

4   that the amount of tax due and owing thereon was $7,902.26, and that he did not have an interest

5   in, and signature or other authority over, over bank accounts located in a foreign country.  In fact,

6   as DESAI then and there knew, their joint taxable income for the calendar year was in excess of

7   the amount stated on the return, and, upon the additional taxable income an additional tax was

8   due and owing to the  United States of America, and he had an interest in, and signature or other

9   authority over, bank accounts located in India during calendar year 2007.

10         All in violation of Title 26, United States Code, Section 7201.

11   COUNT TWO: (26 U.S.C. § 7201 - Attempt to Evade or Defeat Tax)

12         9.      The allegations of paragraphs 1 through 6 are restated as if fully alleged herein.

13         10.     On or about April 15, 2009, in the Northern District of California, the defendant,

14                               ASHVIN DESAI,

15   who during the calendar year 2008 was married, did willfully attempt to evade and defeat a large

16   part of the income tax due and owing by him and his spouse to the United States of America for

17   the calendar year 2008, by preparing and causing to be prepared, and by signing and causing to

18   be signed, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf

19   of himself and his wife, which was filed with the Internal Revenue Service.  In that false income

20   tax return, it was stated that their joint taxable income for the calendar year 2008 was $69,917.84

21   and that the amount of tax due and owing thereon was $6,156.88.  In fact, as DESAI then and

22   there knew, their joint taxable income for the calendar year was in excess of the amount stated on

23   the return, and, upon the additional taxable income an additional tax was due and owing to the

24   United States of America, and he had an interest in, and signature or other authority over, bank

25   accounts located in India during calendar year 2008.

26         All in violation of Title 26, United States Code, Section 7201.

27   COUNT THREE: (26 U.S.C. § 7201 - Attempt to Evade or Defeat Tax)

28         11.     The allegations of paragraph 1 through 6 are restated as if fully alleged herein.

INDICTMENT                           3

12.     On or about April 5, 2010, in the Northern District of California, the defendant,

ASHVIN DESAI,

who during the calendar year 2009 was married, did willfully attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States of America for the calendar year 2009, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf of himself and his wife, which was filed with the Internal Revenue Service.  In that false income tax return, it was stated that their joint taxable income for the calendar year 2009 was $57,561.74 and that the amount of tax due and owing thereon was $3,054.00.  In fact, as DESAI then and there knew, their joint taxable income for the calendar year was in excess of the amount stated on the return, and, upon the additional taxable income an additional tax was due and owing to the United States of America, and he had an interest in, and signature or other authority over, bank accounts located in India during calendar year 2009.

All in violation of Title 26, United States Code, Section 7201.

COUNT FOUR: (26 U.S.C. § 7206(2) - Aiding in Preparation of a False Tax Return)

13.     The allegations of paragraphs 1 and 2 are restated as if fully alleged herein.

14.     During calendar year 2009, DESAI's adult son, N.D., had an interest in, and signature or other authority over, one or more bank accounts at HSBC India.

15.     On or about April 18, 2007, DESAI transferred, and caused to be transferred, $786,822.62 from one of his HSBC India bank accounts to a bank account maintained in the name of N.D. at HSBC India.

16.     On or about February 28, 2008, DESAI deposited, and caused to be deposited, $250,000 into a bank account maintained in the name of N.D. at HSBC India.

17.     On or about March 5, 2008, DESAI deposited, and caused to be deposited, $200,000 into a bank account maintained in the name of N.D. at HSBC India.

18.     During 2009, the bank accounts maintained in the name of N.D. at HSBC India earned interest income of approximately $113,000.

19.     On or about April 5, 2010, in the Northern District of California, the defendant

INDICTMENT                                    4

ASHVIN DESAI,

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of N.D. for the calendar year 2009, which was false and fraudulent as to material matters, in that the return (a) failed to report on Lines 8a and 22 interest income received by N.D. in one or more bank accounts located in India, and (b) failed to report, on Schedule B, lines 7a and 7b, that N.D. had an interest in, and signature or other authority over, bank accounts located in India, whereas, in fact, and as DESAI well knew and believed, N.D. had received substantial interest income in one or more bank accounts located in India, and N.D. had an interest in, and signature or other authority over, one or more bank accounts located in India.

All in violation of Title 26, United States Code, Section 7206(2).

COUNT FIVE: (26 U.S.C. § 7206(2) - Aiding in Preparation of a False Tax Return)

20.    The allegations of paragraphs 1 and 2 are restated as if fully alleged herein.

21.    During calendar year 2009, DESAI's adult daughter, A.D., had an interest in, and signature or other authority over, one or more bank accounts at HSBC India and HSBC Dubai.

22.    On or about April 18, 2007, $433,774.10 was transferred from one of DESAI's HSBC India bank accounts to a bank account maintained in the name of A.D. at HSBC India.

23.    On or about February 28, 2008, DESAI deposited, or caused to be deposited, $250,000 into a bank account maintained in the name of A.D. at HSBC India.

24.    On or about March 5, 2008, DESAI deposited, or caused to be deposited, $208,402.49 into a bank account maintained in the name of A.D. at HSBC India.

25.    On or about February 11, 2009, DESAI closed his account at HSBC England and directed that funds from that account be transferred to a bank account maintained in the name of A.D. at HSBC Dubai.

26.    During 2009, the bank account maintained in the name of A.D. at HSBC India earned interest income of approximately $76,000.

27.    On or about April 5, 2010, in the Northern District of California, the defendant

INDICTMENT                                          5

ASHVIN DESAI,

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of A.D. for the calendar year 2009, which was false and fraudulent as to material matters, in that the return (a) failed to report on Lines 8a and 22 interest income received by A.D. in one or more bank accounts located in India, and (b) failed to report, on Schedule B, lines 7a and 7b, that A.D. had an interest in, and signature or other authority over, bank accounts located in India and Dubai, whereas, in fact, and as DESAI well knew and believed, A.D. had received substantial interest income in one or more bank accounts located in India, and A.D. had an interest in, and signature or other authority over, one or more bank accounts located in India and Dubai.

All in violation of Title 26, United States Code, Section 7206(2).

COUNTS SIX THROUGH EIGHT: (31 U.S.C. §§ 5314 & 5322 - Failure to File Report of Foreign Bank and Financial Accounts)

30.     The allegations of paragraphs 1 through 5 are restated as if fully alleged herein.

31.     During calendar years 2007 through 2009, the approximate high balances in DESAI's HSBC India accounts were as follows:

| Year | High Balance |
| --- | --- |
| 2007 | $8,836,258 |
| 2008 | $7,526,896 |
| 2009 | $8,830,373 |

32.     On or before the due dates listed below, in the Northern District of California, the defendant,

ASHVIN DESAI,

while violating another law of the United States, to wit, tax evasion, in violation of 26 U.S.C. § 7201, did unlawfully, willfully, and knowingly fail to file with the Commissioner of the Internal Revenue Service, U.S. Department of the Treasury, an FBAR disclosing that he had an interest in, and signature and other authority over, a bank, securities, and other financial account in a foreign country, to wit, at least one bank account located in India at HSBC India, which had an

INDICTMENT                                              6

aggregate value of more than $10,000 at any time during the years listed below, each FBAR

constituting a separate count of this indictment:

| Count | Calendar Year | Due Date of FBAR |
|-------|---------------|------------------|
| Six | 2007 | June 30, 2008 |
| Seven | 2008 | June 30, 2009 |
| Eight | 2009 | June 30, 2010 |

All in violation of Title 31, United States Code, Sections 5314 & 5322(a)-(b); and Title

31 Code of Federal Regulations, Sections 1010.350, 1010.306(c)-(d) & 1010.840(b) (formerly

Title 31 Code of Federal Regulations, Sections 103.24, 103.27(c)-(d) & 103.59(b)).

A True Bill

Dated: _November 16, 2011_

_Mary Elizabeth Sladek_
FOREPERSON

MELINDA HAAG
United States Attorney

_T. Douglas Wilson for_
MIRANDA KANE
Assistant United States Attorney
Chief, Criminal Division

Approved as to Form

_Melissa Siskind_
MELISSA S. SISKIND
Trial Attorney
U.S. Department of Justice
Tax Division

INDICTMENT                                                7

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

Counts One - Three: 26 U.S.C. § 7201 - Attempt to Evade or Defeat Tax
Counts Four and Five: 26 U.S.C. § 7206(2) - Aiding in Preparation of a False Tax Return
Counts Six - Eight: 31 U.S.C. §§ 5314 & 5322 - Failure to File Report of Foreign Bank and Financial Accounts

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Counts 1-3: 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment fee; Counts 4 and 5: 3 years imprisonment, $250,000 fine, 1 year supervised release, $100 special assessment fee; Counts 6-8: 10 years imprisonment, $500,000 fine, 3 years supervised release, $100 special assessment fee

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
2011 NOV 17 A 9: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

### DEFENDANT - U.S.

▶ ASHVIN DESAI

DISTRICT COURT NUMBER

CR11 00846   EJD   HRL

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

IRS S/A Michael Helgesen

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    } SHOW DOCKET NO.
   ☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant    } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under    }

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA Tom Moore

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount:
If Summons, complete following:
☒ Arraignment   ☒ Initial Appearance
Defendant Address:
4287 Littleworth Way
San Jose, CA 95135

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 12/8/11 at 9:30am   Before Judge: Grewal

Comments: