MARTIN A. SCHAINBAUM (CSBN 37257)
BRYANT W.H. SMITH (CSBN 250035)
ANDREW ALLEN (CSBN 269502)
351 California Street, Suite 800
San Francisco, CA 94104-2406
Telephone:     (415) 777-1040
Fax:              (415) 981-1065
Email:           schainbm@taxwarrior.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ASHVIN DESAI,<br><br>             Defendant. | Case No.: CR-11-0846 EJD<br><br>DEFENDANT'S EXPERT WITNESS DISCLOSURE<br><br>Trial:   March 18, 2013<br>Time:   9:00 a.m.<br>Judge:  Honorable Edward Davila |

Pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure Defendant Ashvin Desai, by and through his undersigned counsel, hereby discloses his intention to call Mark E. Matthews, Esq. as an expert witness in this matter.  Mr. Matthews will testify, based on his background and experience, to the procedures and circumstances related to the filing of Treasury Form TD F 90-22.1 Report of Foreign Bank and Financial Accounts ("FBAR").

Mr. Matthews obtained an A.B. from Harvard University in 1981, graduating *magna cum laude*; a J.D. from the New York University School of Law in 1985; and an M.P.A. from Princeton University in 1985.  He is admitted to practice law in the District of Columbia and before the District of Columbia Court of Appeals, the U.S. Court of Appeals for the District of

Columbia Circuit, and the U.S. District Court for the District of Maryland.  Mr. Matthews is a Fellow of the American College of Tax Counsel and is a member of the Economic Club of Washington; the American Bar Association, Criminal Justice and Tax Sections; and the American Citizens Abroad, Professional Tax Advisory Council.

Mr. Matthews was previously global co-head of anti-money laundering at Deutsche Bank, where he oversaw implementation of the Patriot Act, and, prior to that, was Chief of the IRS Criminal Investigation Division, the agency's investigative and law enforcement arm, renowned for its expertise in investigating financial crime, including tax, money laundering, narcotics, and terrorism-related matters.  From 1994 to 1998, Mr. Matthews was the Deputy Assistant Attorney General of the U.S. Department of Justice Tax Division, where he led the Department's criminal tax enforcement program.  From 1993 to 1994, Mr. Matthews was Senior Advisor to the Treasury Department's Assistant Secretary for Enforcement, where he was Director of the Treasury Department's Anti-Money Laundering Task Force. Mr. Matthews was also an Assistant U.S. Attorney in the Southern District of New York and then a Deputy Chief of that office's Criminal Division, as well as special assistant to William H. Webster, first at the FBI and then at the CIA.

Date:   4 March 2013                         Respectfully submitted
                                             MARTIN A. SCHAINBAUM
                                             A Professional Law Corporation


                                             By  /s/ Martin A. Schainbaum, Esq.
                                                MARTIN A. SCHAINBAUM, Esq.