UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-11-0846 EJD |
| Plaintiff, | ~~(PROPOSED)~~ **[PROPOSED] ORDER REGARDING TRIAL MATERIALS** |
| v. | |
| ASHVIN DESAI, | Judge: Honorable Edward Davila |
| Defendant. | |

**~~[PROPOSED]~~ ORDER**

IT IS SO ORDERED that counsel for the Governement and Defendant are authorized to bring the appropriate trial materials to trial commencing September 5, 2013, through the end of the trial, approximately September 30, 2013, in Courtroom 4, 5th Floor, of the United States District Court, Northern District of California, San Jose Division.Trial materials include but not limited to latptops, projectors, document cameras, cables, cords, tape, banker boxers of exhibits, demostrative blowups, hand carts/dollies.

DATED:  9/5/2013

_____
Honorable EDWARD J. DAVILA
United States District Judge