IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| USA, | CASE NO. 5:11-cr-00846-EJD |
| Plaintiff(s), | LIST OF ADMITTED EXHIBITS FOR DELIBERATIONS |
| v. | |
| ASHVIN DESAI, | |
| Defendant(s). | |

The subsequent pages are the List of Exhibits by the Government and the Defendant as admitted into evidence and were submitted to the jury for deliberations.

DATED: 9/30/2013

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy

1

CASE NO. 5:11-cr-000846-EJD
LIST OF ADMITTED EXHIBITS FOR DELIBERATIONS

United States v. Ashvin Desai
Government's Exhibit List

| Exhibit Number | Date ID | Date Admitted | Sponsoring Witness | Description | Bates Range |
|---|---|---|---|---|---|
| 1 | 9/18/2013 | 9/18/2013 | Tim Mathers | 2007 U.S. Individual Income Tax Return, Form 1040, for Ashvin and Nila Desai | |
| 2 | 9/18/2013 | 9/18/2013 | Tim Mathers | 2008 U.S. Individual Income Tax Return, Form 1040, for Ashvin and Nila Desai | |
| 3 | 9/18/2013 | 9/18/2013 | Tim Mathers | 2009 U.S. Individual Income Tax Return, Form 1040, for Ashvin and Nila Desai | |
| 4 | 9/18/2013 | 9/18/2013 | Tim Mathers | 2009 U.S. Individual Income Tax Return, Form 1040, for Neal Desai | |
| 5 | 9/18/2013 | 9/18/2013 | Tim Mathers | 2009 U.S. Individual Income Tax Return, Form 1040, for Ami Desai | |
| 6 | 9/18/2013 | 9/18/2013 | Tim Mathers | 2007 Form 1040 Instructions | |
| 7 | 9/18/2013 | 9/18/2013 | Tim Mathers | 2008 Form 1040 Instructions | |
| 8 | 9/18/2013 | 9/18/2013 | Tim Mathers | 2009 Form 1040 Instructions | |
| 9 | 9/18/2013 | 9/18/2013 | Tim Mathers | Blank Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts (Rev. July 2000) | |
| 10 | 9/18/2013 | 9/18/2013 | Tim Mathers | Blank Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts (Rev. October 2008) | |
| 28 | 9/10/2013 | 9/11/2013 | Vandana Katju | Email dated July 14, 2006 from Vandana Katju re: reactivation of account | HSBC-DESAI-0000004 - HSBC-DESAI-0000006 |
| 29 | 9/10/2013 | 9/11/2013 | Vandana Katju | Email dated July 20, 2006 from Ashvin Desai re: transfer | HSBC-DESAI-0000055 - HSBC-DESAI-0000056 |

| | | | | | |
|---|---|---|---|---|---|
| 30 | 9/10/2013 | 9/11/2013 | Vandana Katju | Email dated Sepember 25, 2006 from Vandana Katju re: internet banking | HSBC-DESAI-0000133 |
| 31 | 9/10/2013 | 9/11/2013 | Vandana Katju | Email dated October 19, 2006 from Vandana Katju re: confirmation | HSBC-DESAI-0000173 - HSBC-DESAI-0000175 |
| 32 | 9/10/2013 | 9/11/2013 | Vandana Katju | Email dated October 24, 2006 from Mark Bradley re: payment confirmation | HSBC-DESAI-0000194 |
| 36 | 9/10/2013 | 9/11/2013 | Vandana Katju | Email dated December 16, 2006 from Ahsvin Desai re: contact information | HSBC-DESAI-0000259 - HSBC-DESAI-0000260 |
| 37 | 9/10/2013 | 9/11/2013 | Vandana Katju | Email dated January 22, 2007 from Mayur Patni re: account in India | HSBC-NRI-0005889 - HSBC-NRI-0005891 |
| 39 | 9/10/2013 | 9/11/2013 | Vandana Katju | Documents relating to deposit dated January 30, 2007 | HSBC-NRI-0041046 - HSBC-NRI-0041048; HSBC-NRI-0041106 |
| 41 | 9/10/2013 | 9/11/2013 | Vandana Katju | Letter dated April 18, 2007 from Ashvin Desai and Neal Desai re: breaking deposit | HSBC-DOJ-030839 |
| 44 | 9/10/2013 | 9/11/2013 | Vandana Katju | Email dated May 10, 2007 from Vandana Katju re: follow-up | HSBC-DESAI-0000439 |
| 46 | 9/10/2013 | 9/12/2013 | Vandana Katju | Email dated June 12, 2007 from Ashvin Desai re: Singapore HSBC | HSBC-DESAI-0000442 |
| 47 | 9/10/2013 | 9/12/2013 | Vandana Katju | Email dated June 13, 2007 from Ashvin Desai re: interest rates | HSBC-DESAI-0000444 - HSBC-DESAI-0000445 |
| 48 | 9/10/2013 | 9/11/2013 | Vandana Katju | NRI Personal Account Opening Form for Nila Desai and Ami Desai | HSBC-DOJ-030901 - HSBC-DOJ-030908 |
| 49 | 9/10/2013 | 9/12/2013 | Vandana Katju | Email dated July 24, 2007 from NRI Call Center re: screen dumps | HSBC-DESAI-0000544- HSBC-DESAI-0000548 |
| 50 | 9/10/2013 | 9/12/2013 | Vandana Katju | Email dated July 24, 2007 from NRI Call Center re: screen dumps | HSBC-DESAI-0000705; HSBC-DESAI-0000710- HSBC-DESAI-0000713 |

United States v. Ashvin Desai
Government's Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 51 | 9/10/2013 | 9/11/2013 | Vandana Katju | Email dated July 25, 2007 from Vandana Katju re: Singapore | HSBC-DESAI-0000714-HSBC-DESAI-0000717 |
| 52 | 9/10/2013 | 9/11/2013 | Vandana Katju | Email dated July 31, 2007 from Ashvin Desai re: signing of bank opening papers | HSBC-DESAI-0000721 |
| 53 | 9/10/2013 | 9/12/2013 | Vandana Katju | Email dated August 1, 2007 from Milind Gala re: screen dumps | HSBC-DESAI-0000731-HSBC-DESAI-0000732 |
| 54 | 9/10/2013 | 9/11/2013 | Vandana Katju | Email dated August 7, 2007 from Ashvin Desai re: Singapore Citibank | HSBC-DESAI-0000744-HSBC-DESAI-0000745 |
| 55 | 9/10/2013 | 9/11/2013 | Vandana Katju | Email dated August 14, 2007 from Vandana Katju re: follow-up | HSBC-DESAI-0000844 |
| 56 | 9/10/2013 | 9/11/2013 | Vandana Katju | Email dated August 15, 2007 from Sukrant Gupta re: reactivation of dormant account | HSBC-DESAI-0000858-HSBC-DESAI-0000869 |
| 57 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated August 21, 2007 from NRI Call Center re: screen dumps | HSBC-DESAI-0000939-HSBC-DESAI-0000941 |
| 58 | 9/10/2013 | 9/11/2013 | Vandana Katju | Email dated August 23, 2007 from Ashvin Desai re: internet banking | HSBC-DESAI-0000949 |
| 59 | 9/10/2013 | 9/12/2013 | Vandana Katju | Email dated August 23, 2007 from NRI Call Center re: screen dumps | HSBC-DESAI-0000950-HSBC-DESAI-0000953 |
| 60 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated August 30, 2007 from Vandana Katju re: pending issues | HSBC-DESAI-0001030-HSBC-DESAI-0001032 |
| 61 | 9/10/2013 | 9/12/2013 | Vandana Katju | Email dated September 6, 2007 from Ashvin Desai re: ATM PIN | HSBC-DESAI-0001069 |
| 62 | 9/10/2013 | 9/12/2013 | Vandana Katju | Email dated Septemebr 25, 2007 from Ashvin Desai re: HSBC China | HSBC-DESAI-0001076 |
| 63 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated February 7, 2008 from Aarti Kumar re: pay order | HSBC-DESAI-0001145-HSBC-DESAI-0001146 |
| 64 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated February 22, 2008 from Ashvin Desai re: NRO deposit | HSBC-DESAI-0001169 |

| # | | | | | |
|---|---|---|---|---|---|
| 66 | 9/10/2013 | 9/11/2013 | Vandana Katju | Documents relating to deposit dated February 28, 2008 | HSBC-DOJ-030812; HSBC-DOJ-030815-HSBC-DOJ-030819 |
| 69 | 9/10/2013 | 9/11/2013 | Vandana Katju | Documents relating to deposit dated March 5, 2008 | HSBC-DOJ-030821-HSBC-DOJ-030823; HSBC-DOJ-030825-HSBC-DOJ-030826 |
| 70 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated March 21, 2008 from Aarti Kumar re: deposit details | HSBC-DESAI-0001469-HSBC-DESAI-0001472 |
| 71 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Documents relating to deposit dated May 29, 2008 | HSBC-DOJ-030829; HSBC-DOJ-030831; HSBC-NRI-0041053 |
| 72 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated April 10, 2008 from Pooja Babbar re: screen shots | HSBC-DESAI-0001491-HSBC-DESAI-0001492; HSBC-DESAI-0001497-HSBC-DESAI-0001500 |
| 73 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated April 23, 2008 from Aarti Kumar re: tax declaration | HSBC-DESAI-0001518-HSBC-DESAI-0001520 |
| 74 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated April 24, 2008 from Ashvin Desai re: exchange rates | HSBC-DESAI-0001559-HSBC-DESAI-0001560 |
| 75 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated June 16, 2008 from Aarti Kumar re: deposits | HSBC-DESAI-0001697-HSBC-DESAI-0001699 |
| 76 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated June 16, 2008 from Ashvin Desai re: promotion letter | HSBC-DESAI-0001700 |
| 77 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Letter dated July 22, 2008 from Ashvin Desai re: deposit | HSBC-DOJ-030866 - HSBC-DOJ-030867 |
| 78 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Letter dated July 30, 2008 from Ashvin Desai and Neal Desai re: deposit | HSBC-DOJ-030873 - HSBC-DOJ-030874 |

| | | | | | |
|---|---|---|---|---|---|
| 79 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Letter dated July 30, 2008 from Ashvin Desai re: deposit | HSBC-DOJ-030871 - HSBC-DOJ-030872 |
| 81 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated October 22, 2008 from Ashvin Desai re: exchange rates | HSBC-DESAI-0001976 - HSBC-DESAI-0001977 |
| 83 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated October 24, 2008 from Aarti Kumar re: FCNR conversion | HSBC-DESAI-0002044 - HSBC-DESAI-0002046 |
| 84 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated October 27, 2008 from Aarti Kumar re: transaction confirmation | HSBC-DESAI-0002157 |
| 85 | 9/10/2013 | 9/12/2013 | Vandana Katju | Email dated January 26, 2009 from Ashvin Desai re: ATM access | HSBC-DESAI-0002370 |
| 86 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated February 3, 2009 from Aarti Kumar re: funds transfer | HSBC-DESAI-0002403 - HSBC-DESAI-0002404 |
| 90 | 9/10/2013 | 9/12/2013 | Vandana Katju | Email dated February 9, 2009 from Ashvin Desai re: HSBC Dubai | HSBC-DESAI-0002640 |
| 91 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated February 11, 2009 from Aarti Kumar re: Dubai account | HSBC-DESAI-0002681 - HSBC-DESAI-0002682 |
| 92 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated February 11, 2009 from Aarti Kumar re: Dubai account | HSBC-DESAI-0002702 - HSBC-DESAI-0002703 |
| 93 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Letter dated February 11, 2009 from Ashvin Desai re: closure of UK account | HSBC-DESAI-0003012 |
| 94 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated March 19, 2009 from Aarti Kumar re: Dubai deposit | HSBC-DESAI-0003027 |
| 97 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated May 22, 2009 from Aarti Kumar re: fund conversion | HSBC-DESAI-0003130 - HSBC-DESAI-0003131 |
| 98 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated May 22, 2009 from Aarti Kumar re: Citibank | HSBC-DESAI-0003126 - HSBC-DESAI-0003127 |
| 99 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated June 15, 2009 from Aarti Kumar re: lunch meeting | HSBC-DESAI-0003185 |

United States v. Ashvin Desai
Government's Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 100 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated July 15, 2009 from Aarti Kumar re: Dubai account statements | HSBC-DESAI-0003265 |
| 101 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated October 30, 2009 from Aarti Kumar re: debit card | HSBC-DESAI-0003891 - HSBC-DESAI-0003893 |
| 103 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated November 4, 2009 from Aarti Kumar re: debit card and PINs | HSBC-DESAI-0003444 |
| 104 | 9/10/2013 | 9/12/2013 | Vandana Katju | Email dated February 18, 2010 from Vandana Katju re: correspondence from HSBC | HSBC-DESAI-0003509 |
| 105 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated March 1, 2010 from Ashvin Desai re: account statements | HSBC-DESAI-0003510 |
| 109 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Email dated April 21, 2010 from Ashvin Desai re: statement mailings | HSBC-DESAI-0004062 |
| 132 | 9/10/2013 | 9/17/2013 | Aarti Kumar | Letter dated March 29, 2010 from Desai re: transfer of funds | HSBC-DESAI-0003937 |
| 133 | 9/10/2013 | 9/17/2013 | Vandana Katju | Email dated April 14, 2008 from Desai re: HSBC USA | HSBC-DESAI-0001501 |
| 134 | 9/10/2013 | 9/12/2013 | Vandana Katju | Account Summary spreadsheet | HSBC-DOJ-030862 |
| 136 | 9/10/2013 | 9/12/2013 | Vandana Katju | Account spreadsheet | HSBC-DOJ-030924-HSBC-DOJ-030925 |
| 137 | 9/12/2013 | 9/12/2013 | Vandana Katju | HSBC India Interest Statements | |
| 143 | 9/19/2013 | 9/20/2013 | Jim Oertel | CP2000 dated 3/28/05 re: Tax Year 2003 | |
| 144 | 9/19/2013 | 9/20/2013 | Jim Oertel | CP2000 dated 6/13/05 re: Tax Year 2003 | |
| 145 | 9/19/2013 | 9/20/2013 | Jim Oertel | CP2000 dated 10/30/06 re: Tax Year 2004 | |
| 146 | 9/19/2013 | 9/20/2013 | Jim Oertel | CP2501 dated 5/29/07 re: Tax Year 2005 | |
| 147 | 9/19/2013 | 9/20/2013 | Jim Oertel | CP2000 dated 9/17/07 re: Tax Year 2005 | |
| 148 | 9/19/2013 | 9/20/2013 | Jim Oertel | CP2501 dated 3/17/08 re: Tax Year 2006 | |
| 149 | 9/19/2013 | 9/20/2013 | Jim Oertel | CP2000 dated 6/2/08 re: Tax Year 2006 | |
| 150 | 9/19/2013 | 9/20/2013 | Jim Oertel | CP2501 dated 2/2/09 re: Tax Year 2007 | |
| 151 | 9/19/2013 | 9/20/2013 | Jim Oertel | CP2000 dated 4/13/09 re: Tax Year 2007 | |

| | | | | | |
|---|---|---|---|---|---|
| 152 | 9/19/2013 | 9/20/2013 | Jim Oertel | CP2000 dated 11/30/09 re: Tax Year 2007 | |
| 153 | 9/19/2013 | 9/20/2013 | Jim Oertel | CP2000 dated 9/7/10 re: Tax Year 2008 | |
| 154 | 9/10/2013 | 9/11/2013 | Vandana Katju | Letter signed by Desai re: terms for forward contracts | HSBC-DOJ-030855-HSBC-DOJ-030858 |
| 155 | 9/10/2013 | 9/11/2013 | Vandana Katju | Operating Guidelines of the New York Representative Office of The Hong Kong and Shanghai Banking Corporation Limited (12/29/06 rev.) | HSBC-NRI-0010692-HSBC-NRI-0017002 |
| 156 | 9/10/2013 | 9/11/2013 | Vandana Katju | Operating Guidelines of the California Representative Office of The Hong Kong and Shanghai Banking Corporation Limited (7/27/07 rev.) | HSBC-DESAI-0004101-HSBC-DESAI-0004115 |
| 160 | 9/18/2013 | 9/18/2013 | Stipulation | Stipulation # 1 (citizenship) | |
| 161 | 9/17/2013 | 9/17/2013 | Stipulation | Stipulation # 2 (Ami Desai Wushnig) | |
| 162 | 9/17/2013 | 9/17/2013 | Stipulation | Stipulation # 3 (Neal Desai) | |
| 163 | 9/19/2013 | 9/19/2013 | Jim Oertel | Account Transcript, Ashvin and Nila Desai, 2003 | |
| 164 | 9/19/2013 | 9/19/2013 | Jim Oertel | Account Transcript, Ashvin and Nila Desai, 2004 | |
| 165 | 9/19/2013 | 9/19/2013 | Jim Oertel | Account Transcript, Ashvin and Nila Desai, 2005 | |
| 166 | 9/19/2013 | 9/19/2013 | Jim Oertel | Account Transcript, Ashvin and Nila Desai, 2006 | |
| 167 | 9/19/2013 | 9/19/2013 | Jim Oertel | Account Transcript, Ashvin and Nila Desai, 2007 | |
| 168 | 9/19/2013 | 9/19/2013 | Jim Oertel | Account Transcript, Ashvin and Nila Desai, 2008 | |
| 169 | 9/19/2013 | 9/19/2013 | Jim Oertel | Account Transcript, Ashvin and Nila Desai, 2009 | |

United States v. Desai
Defendant's Exhibit List

| Exhibit | Date ID | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| K | 9/18/13 | 9/18/13 | IRS Transcript, Tax Year 2007 | |
| L | 9/18/13 | 9/18/13 | IRS Transcript, Tax Year 2008 | |
| M | 9/18/13 | 9/18/13 | IRS Transcript, Tax Year 2009 | |
| Z | 9/30/13 | 9/30/13 | Expert Mark Matthews' Resume | |
| GG - 1 | 9/20/13 | 9/20/13 | Email from James Oertel to Michael Helgesen, dated Wednesday, June 06, 2012, explaining tax calculations of Ashvin Desai for 2007 and 2008. | |
| GG - 2 | 9/20/13 | 9/20/13 | Backing Into Amounts on IDRS to Input into RGS, James Oretel (IRS Revenue Agent) | |
| OO | 9/18/13 | 9/30/13 | Certified copy of Hong Kong Shanghai Bank Corporation (HSBC) Ltd.'s 2007 Application for Representative Office at Fremont, California; Correspondence between former CA Dept. of Financial Institutions and counsel for HSBC regarding application. | |

1

United States v. Desai
Defendant's Exhibit List

| Exhibit | Date ID | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| PP | 9/18/13 | 9/30/13 | Certified copy of Hong Kong Shanghai Bank Corporation (HSBC) Ltd.'s surrendering HSBC License for Fremont, California, Representative Office | |
| UU | 9/12/13 | 9/12/13 | Non Prosecution Agreement, Vandana Katju, and Department of Justice, dated April 29, 2013 | |
| VV | 9/12/13 | 9/12/13 | IRS Offshore Voluntary Disclosure Letter, Vandana Katju, dated August 20, 2013 | |
| WW | 9/12/13 | 9/12/13 | Proffer Agreement, Vandana Katju, dated April 16, 2013 | |
| XX | 9/17/13 | 9/17/13 | Email from Patni to Neha Singhal, Priti Dahani, Vandana Kaju "Push for sales" Dated Jan. 16, 2007 | |
| ZZ | 9/17/13 | 9/17/13 | Email from Aarti Kumar to Ashvin Desai, cc Vandana Katju, "NEW DEPOSIT," dated March 1, 2008 | |
| AAA | 9/17/13 | 9/17/13 | Email from Vandana Katju to Ankush Tandon, "Boss—convince to place", dated July 20, 2006 | |
| BBB | 9/17/13 | 9/17/13 | Email from Manasije Mishra to Vandana Katju, "Well done!", dated July 21, 2006 | |
| EEE | 9/17/13 | 9/17/13 | Email from Surajit Thakur to Vandana Katju, Priti Dahani, etc., "Please keep this to yourselves…" dated Apr. 18, 2009 | |
| FFF | 9/18/13 | 9/18/13 | Proffer Agreement (Aarti Kumar), dated Apr. 16, 2013 | |

United States v. Desai
Defendant's Exhibit List

| Exhibit | Date ID | Date Admitted | Description | Bates Range |
|---|---|---|---|---|
| GGG | 9/18/13 | 9/18/13 | Non Prosecution Agreement (Aarti Kumar), dated Apr. 29, 2013 | |
| HHH | 9/18/13 | 9/18/13 | OVDI Letter (Aarti Kumar), dated August 20, 2013 | |
| III | 9/18/13 | 9/18/13 | IRS Form 1040 (2010) Aarti Kumar | |
| JJJ | 9/18/13 | 9/18/13 | Linked In webpage, Aarti Kumar | |
| KKK | 9/18/13 | 9/18/13 | Email from Mayur Patni to Manasije Mishra, dated December 11, 2007 "2007 achievements" | |
| LLL | 9/18/13 | 9/18/13 | Email from Ashok to Aarti Kumar, dated April 24, 2008 | |
| ZZZ | 9/25/13 | 9/30/13 | Resume of Martin G. Laffer, CPA | |

3